

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Jamie Cross,                        \* From the 29th District Court
                                     of Palo Pinto County,
                                     Trial Court No. C45718.

Vs. No. 11-14-00224-CV            \* November 30, 2016

Martha and James Eugene Littlefield,     \* Memorandum Opinion by Willson, J.
                                     (Panel consists of: Wright, C.J.,
                                     Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jamie Cross.